No. 61. MARY R. TRIMBLE ET AL., PLAINTIFFS IN ERROR, v. IDA V. KLUGH ET AL. In error to the Circuit Court of the United States for the District of South Carolina. Argued December 2, 1910. Decided December 5, 1910. Dismissed for want of jurisdiction, on authority of Empire State-Idaho Mining and Development Company v. Hanley, 205 U. S. 225. Mr. William A. Gunter for plaintiffs in error. Mr. F. Barron Grier for defendants in error.

---

No. 125. CLARENCE H. VENNER, PLAINTIFF IN ERROR, v. THE CHICAGO CITY RAILWAY COMPANY ET AL. In error to the Supreme Court of the State of Illinois. Motion to dismiss or affirm submitted December 5, 1910. Decided December 12, 1910. Per Curiam: As it does not appear from the record that this court has jurisdiction in this case, the writ of error is dismissed for want of jurisdiction. Mr. John P. Wilson for defendants in error, in support of the motion. Mr. Elijah N. Zoline for plaintiff in error, in opposition thereto.